WILLIAMS LAW FIRM, P.C.
Nicholas J. Pagnotta
Alexander T. Tsomaya
235 E. Pine, P.O. Box 9440
Missoula, Montana 59807-9440
(406) 721-4350 Fax: (406) 721-6037
nick@wmslaw.com
alex@wmslaw.com
*Attorneys for Defendant*
*Layne Chelgren*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**HELENA DIVISION**

| | | |
|---|---|---|
| SHERIDAN STROOP, | ) | **CV _____** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | **DEFENDANT LAYNE** |
| | ) | **CHELGREN'S NOTICE OF** |
| LAYNE CHELGREN, | ) | **REMOVAL** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Layne Chelgren

files this Notice of Removal of this case from the Eighteenth Judicial District Court,

Gallatin County. As demonstrated below, removal is based on § 1332 diversity of

citizenship.

## I.   THE STATE COURT ACTION AND PLEADINGS

**1.**   Plaintiff Sheridan Stroop filed the state court complaint on September 13, 2023, in the Montana Eighteenth Judicial District Court, Gallatin County.

**2.**   The complaint alleges Stroop sustained injuries after a car accident in Meagher County, Montana, involving Defendant Chelgren. Stroop claims Chelgren was negligent and negligent *per se*.

**3.**   The state court action against Chelgren is a personal injury action, and it is a civil action within the meaning of the Acts of Congress for the removal of cases.

**4.**   The state court action was filed as Cause No. DV-23-872. As required by 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Mandel in the removed case are attached as **Exhibit A**:

a)   Complaint;

b)   Summons (served).

**5.**   Chelgren was personally served with the Complaint in Utah on October 12, 2023.

**6.**   The thirty-day removal clock in § 1446 does not start running until there is formal service. *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999).

7.     Pursuant to § 1446(b), this Notice of Removal is being filed within thirty days of Chelgren being formally served with the complaint and is timely. *See Destfino v. Reiswig*, 630 F.3d 952 (9th Cir. 2011) ("each defendant is entitled to thirty days to exercise his removal rights after being served").

## II.     COMPLETE DIVERSITY

8.     Stroop is a citizen of Montana.

9.     Citizenship for diversity purposes is determined at the "commencement of the suit." *La Confiance Compagnie d'Assurance Contre L'Incendie v. Hall*, 137 U.S. 61, 62 (1890); *see also Freeport-McMoRan, Inc. v. K N Energy, Inc.*, 498 U.S. 426, 428 (1991) ("diversity of citizenship is assessed at the time the action is filed").

10.     At the time this action was commenced, and at the time of removal, Chelgren was and is a citizen of Utah. Chelgren is therefore a citizen of Utah for diversity purposes.

11.     Because Chelgren is not a citizen of Montana and is a citizen of a state different from Stroop, complete diversity exists between the parties.

## III.     AMOUNT IN CONTROVERSY

12.     The amount in controversy alleged in this action exceeds the sum of $75,000, exclusive of interest and costs. Stroop's counsel alleged pre-litigation that Stroop's damages exceed $75,000, exclusive of interests and costs.

## IV.   <u>REMOVAL IS APPROPRIATE</u>

**13.**   Based on diversity of citizenship and the amount in controversy, this Court has jurisdiction under 28 U.S.C. § 1332. Removal is proper pursuant to 28 U.S.C. § 1441(a). Chelgren is filing his Notice of Removal in the state District Court pursuant to § 1446(b). A copy is attached as **Exhibit B**.

**14.**   This matter is removed to the Helena Division because the accident occurred in Meagher County, which is located in the Helena Division, and the Chelgren was not residing in Gallatin County at the time suit was filed. L.R. 3.2(b).

DATED this  1st  day of November, 2023.


*/s/ Nicholas J. Pagnotta*
Nicholas J. Pagnotta
Alexander T. Tsomaya
Williams Law Firm, P.C.
*Attorneys for Defendant*