IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| SHERIDAN STROOP,<br><br>  Plaintiff,<br><br>-vs-<br><br>LAYNE CHELGREN,<br><br>  Defendant. | CV 23-73-H-BMM<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Upon Stipulation (Doc. 15) between Sheridan Stroop and Layne Chelgren, by and through their counsel of record,

IT IS HEREBY ORDERED that the above matter is DISMISSED WITH PREJUDICE, as having been fully resolved, all parties to bear their own costs and attorney fees.

DATED this 8th day of March, 2024.

_____
Brian Morris, Chief District Judge
United States District Court